MAY V. SAUNDERS, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

(Submitted October 17, 1933; decided November 21, 1933.)

*Sigmund Goldstein* and *Benjamin Rothenberg* for appellant.

*Arthur J. W. Hilly, Corporation Counsel (J. Joseph Lilly, Vine H. Smith* and *Charles C. Marrin* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.